**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6187**

CHRISTOPHER JAMES FORDHAM,

Plaintiff - Appellant,

versus

SERGEANT NOWELL; SERGEANT MILES; DR. ANDERSON,

Defendants - Appellees,

and

RANDALL LEE; WILLIAM MAYO, Sergeant; A. JONES,
Sergeant; SERGEANT HERBERT; H. L. DEBROW;
R. N. C. BARROW; R. N. WILLIAMS; S. LYNCH; ANN
EMERY; SERGEANT CHARLES,

Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, District
Judge.  (CA-94-473-5-BR)

Submitted:  July 23, 1996                Decided:  July 31, 1996

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher James Fordham, Appellant Pro Se. William Dennis Worley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fordham v. Lee</u>, No. CA-94-473-5-BR (E.D.N.C. Jan. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2